Uh, thank you. Good morning. It's a pleasure to be here with you today.
judges: Wallace, Schroeder, Kozinski